Marvin J. Straus, State Bar #199315
mjs@strausmeyers.com
**STRAUS MEYERS, LLP**
225 Broadway, Ste. 1550
San Diego, CA 92102
Tel: 619-595-6020
Fax: 619-535-0201
Attorney for Defendants LOLO, INC.
And BROMLEY, INC.
and for Cross-Defendants VERONICA KALIS and JOHN KUBIK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VALARIE NOLTE and RICHARD NOLTE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CEC ENTERTAINMENT INC., LOLO, INC., LAURAN BROMLEY, BROMLEY INC., and DOES 4 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 2:19-CV-02463 PA (JPRx)<br><br>**NOTICE OF MOTION AND CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00**<br><br>Date:　September 16, 2019<br>Time:　1:30 p.m.<br>Ctrm:　9A |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

///

///

///

- 1 -

NOTICE IS HEREBY GIVEN THAT on September 16, 2019 at 1:30 p.m., or soon thereafter as this matter may be heard, before the Honorable Percy Anderson, in Courtroom 9A, of the First Street United States Courthouse for the Central District of California, Western Division, located at 350 W 1st Street, Los Angeles, CA 90012, Cross Defendants Bromley Inc., John Kubik, and Veronica Kaldis will and hereby do move the Court for attorney's fees pursuant to California Civil Code § 1717 in the amount of $16,225.00.

This motion is made following attempts to meet and confer pursuant to Local Rule 7-3.  As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the pleadings and papers filed in this action; prior rulings by this Court, and such further argument and matters as may be offered at the time of the hearing of this Motion.

Dated:  August 16, 2019                                                          /s/ *Marvin J. Straus*

4845-7686-1345, v. 2