Marvin J. Straus State Bar #199315
mjs@strausmeyers.com
**STRAUS MEYERS, LLP**
225 Broadway, Ste. 1550
San Diego, CA 92102
Tel: 619-595-6020
Fax: 619-535-0201
Attorney for Defendants LOLO, INC.
And BROMLEY, INC.
and for Cross-Defendants VERONICA
KALDIS and JOHN KUBIK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| VALARIE NOLTE and RICHARD NOLTE,<br><br>Plaintiffs,<br><br>vs.<br><br>CEC ENTERTAINMENT INC., LOLO, INC., LAURAN BROMLEY, BROMLEY INC., and DOES 4 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 2:19-CV-02463 PA (JPRx)<br><br>**DECLARATION OF MARVIN J. STRAUS** |

## DECLARATION OF MARVIN J. STRAUS

I, Marvin J. Straus, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Straus Meyers, LLP, attorneys of record for Cross-Defendants Bromley, Inc., John Kubik, and Veronica Kaldis. I am one of the attorneys personally responsible for handling this matter. I make this declaration of my own personal knowledge and if called as a witness before a Court or other tribunal I could and would

1  competently testify as is set forth herein.

2.  Attached hereto as Exhibit 1 is a redacted true and correct copy of billing records in this matter from Straus Meyers, LLP office in San Diego, California. The billing records are taken directly from an electronic timekeeping and billing system in which attorneys and paralegals performing legal work on the case enter a description of the work performed and the time taken to perform the work into the computer program at the time the work is completed. Billings that exceed a reasonable time for the individual task are cut by the managing partner; billings are not increased. Per the attached billing records, Marvin J. Straus billed for 7.1 hours, Chase R. Goodman billed for 38.5 hours, Emily Waring billed for 3.5 hours, and Cristina Hernandez billed for 2.5 hours.

3.  I, Marvin J. Straus, have been a licensed attorney in the State of California since December 9, 1998. I have represented individuals as well as corporate clients in all phases of litigation. A rate of $375.00 in this matter is very reasonable within the U.S. District Court legal market for lawyers of my experience and expertise.

4.  Associate attorney Chase R. Goodman has been a licensed attorney in the State of California since December 20, 2010. Mr. Goodman has represented individuals as well as corporate clients in all phases of litigation. A rate of $325.00 in this matter is very reasonable within the U.S. District Court legal market for lawyers of his experience and expertise.

5.  Cristina Hernandez has been working as a paralegal for more than 10 years and has worked closely with me in this matter. A rate of $175.00 in this matter is very reasonable within the U.S. District Court legal market for paralegals of his experience and expertise.

6.  Emily Waring has been working as a paralegal for more than 10 years and has worked closely with me in this matter. A rate of $175.00 in this matter is very reasonable within the U.S. District Court legal market for paralegals of his experience and expertise.

7. On August 16, 2019, I visited the http://www.laffeymatrix.com/see.html to obtain the current Laffey Matrix. Currently for attorneys who are twenty years out of law school have an hourly rate of $899.00. Attorneys who are eight to ten years out of law school have an hourly rate of $661.00. The current hourly rate for paralegals is $203.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of August 2019 in San Diego, California.

Marvin J. Straus