"Exhibit 1"



225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 05638
**Issue Date:** 8/5/2019

---

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

---

**Professional Services Rendered**

| Date | Staff | Code | Description | Hours | |
|------|-------|------|-------------|-------|---|
| 4/3/2019 | MJS | Analysis/Strategy - L120 | ██████ | 0.20 | ██████ |
| 4/5/2019 | MJS | Analysis/Strategy - L120 | ██████ | 0.10 | ██████ |



| 4/10/2019 | MJS | Analysis/Strategy - L120 | | 0.10 | |
| 4/10/2019 | MJS | Analysis/Strategy - L120 | | 0.30 | |

| 4/11/2019 | MJS | Analysis/Strategy - L120 | 0.20 |

| Date | | | | |
|---|---|---|---|---|
| 7/3/2019 | CRG | Analysis/Strategy - L120 | | 0.30 |
| 7/3/2019 | CRG | Analysis/Strategy - L120 | | 0.10 |
| 7/9/2019 | CRG | Pleadings - L210 | Pleadings Drafted and revised Lolo, Inc., Bromley, Inc., John Kubik and Veronica Kaldis' answer to CEC, entertainment Inc.'s second amended cross-complaint | 1.20 |

| 7/9/2019 | CRG | Analysis/Strategy - L120 | | 0.80 | |

| 7/9/2019 | CRG | Analysis/Strategy - L120 | | 2.80 | |

| Date | | | | |
|------|------|------|------|------|
| | | Motions - L350 | Motions Drafted and revised the points and authorities for Bromley, Inc's 12b motion to dismiss | |
| 7/10/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions drafted and revised John Kubik and Veronica Kaldis 12b motion to dismiss the second amended cross complaint | 5.20 |
| 7/10/2019 | CRG | Pleadings - L210 | Pleadings Drafted and revised notice of motion for John Kubik and Veronica Kaldis' 12 b motion to dismiss second amended cross-complaint | 0.20 |
| 7/10/2019 | CRG | Pleadings - L210 | Pleadings Drafted and revised proposed order for John Kubik and Veronica Kaldis' 12 b motion to dismiss second amended cross-complaint | 0.10 |





| Date | Initials | Task | Description | Hours |
|------|----------|------|-------------|-------|
| | | | Drafted and revised proposed order for Bromley, Inc.'s 12 b motion to dismiss second amended cross-complaint | |
| 7/10/2019 | CRG | Pleadings - L210 | Pleadings Drafted and revised notice of motion for Bromley, Inc.'s 12 b motion to dismiss second amended cross-complaint | 0.20 |
| 7/11/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and revised John Kubik and Veronica Kaldis 12b motions to dismiss against CEC entertainments second amended cross-complaint | 1.20 |
| 7/11/2019 | MJS | Analysis/Strategy - L120 | | 0.30 |



| Date | | | Amount |
|------|------|------|------|
| | | Motions drafted and revised declaration of Veronica Kaldis for Bromley's 12(b) motion to dismiss | |
| 7/11/2019 | CRG | Discovery Motions drafted and revised declaration of Veronica Kaldis for John and Veronica's 12(b) motion to dismiss | 0.10 |
| 7/11/2019 | CRG | Discovery Motions drafted and revised declaration of John Kubik for John and Veronica's 12(b) motion to dismiss | 0.10 |
| 7/11/2019 | MJS | Analysis/Strategy - L120 | 0.30 |



| Date | | | | |
|---|---|---|---|---|
| | | Motions - L350 | Motions drafted and finalized Bromley's 12b motion to dismiss CEC entertainment's second amended cross-complaint | |
| 7/11/2019 | ELW | Written Motions and Submissions - L430 | Edit and finalize in preparation of e-filing with USDC and service of same: Bromley's Notice of Motion to Dismiss; Memorandum of Points and Authorities; Exhibits; Proposed Order; Certificate of Service | 0.50 |
| 7/11/2019 | ELW | Written Motions and Submissions - L430 | Edit and finalize in preparation of e-filing with USDC and service of same: Kubik and Kaldis' Notice of Motion to Dismiss; Memorandum of Points and Authorities; Exhibits; Proposed Order; Certificate of Service | 0.50 |

| | | | finalize in preparation of e-filing with USDC and service of same: Lolo etc Answer to XC; Certificate of Service | |
|---|---|---|---|---|
| 7/12/2019 | ELW | Written Motions and Submissions - L430 | Receipt from USDC of conformed copies of e-filed Lolo etc Answer to XC; Certificate of Service; organize into file | 0.20 |
| 7/12/2019 | ELW | Written Motions and Submissions - L430 | Receipt from USDC of conformed copies of e-filed Bromley Motion to Dismiss; Memorandum of Points and Authorities, Exhibits; Proposed Order; Certificate of Service; organize into file | 0.20 |

| | | | | |
|---|---|---|---|---|
| | | and Submissions - L430 | USDC of conformed copies of e-filed Kubik and Kaldis Motion to Dismiss; Memorandum of Points and Authorities, Exhibits; Proposed Order; Certificate of Service; organize into file | |
| 7/15/2019 | ELW | Written Motions and Submissions - L430 | Calendar opposition and reply due dates re Lolo and Kaldis Motion(s) to Dismiss | 0.10 |
| 7/17/2019 | MJS | Analysis/Strategy - L120 | █████████ | 0.20 |
| 7/17/2019 | MJS | Analysis/Strategy - L120 | █████████ | 0.20 |
| 7/23/2019 | CRG | Pleadings - L210 | Pleadings Reviewed and analyzed CEC opposition to Bromley Inc.'s 12b motion to dismiss | 0.20 |



| Date | | | | |
|---|---|---|---|---|
| | | Reviewed and analyzed CEC opposition to Veronica Kaldis and John Kubik's 12b motion to dismiss | | |
| 7/23/2019 | CRG | Analysis/Strategy - L120 | ■■■ | 0.80 |
| 7/24/2019 | TAR | Analysis/Strategy - L120 | ■■■ | 0.10 |
| 7/24/2019 | CRG | ■■■ | Drafted and revised Bromley's reply to CEC Entertainment's opposition to Bromley's motion to dismiss | 2.80 |
| 7/25/2019 | CRG | Analysis/Strategy - L120 | ■■■ | 2.60 |

| Date | | | | | |
|------|---|---|---|---|---|
| 7/24/2019 | | and Submissions - L430 | Motions and Submissions Drafted and revised Bromley's reply to CEC Entertainment's opposition to Bromley's motion to dismiss | | |
| 7/25/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and revised John Kubik and Veronica Kaldis reply to CEC's opposition to John Kubrik and Veronica Kaldis motion to dismiss | 1.60 | |
| 7/26/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and revised John Kubik and Veronica Kaldis reply to CEC's opposition to John Kubrik and Veronica Kaldis motion to dismiss | 0.60 | |

| Date | | | | Hours |
|---|---|---|---|---|
| | | Motions - L240 | Motions Drafted and revised declaration in support of Bromley, Inc.'s reply to CEC's opposition to Bromley, Inc.'s motion to dismiss | |
| 7/29/2019 | MJS | Analysis/Strategy - L120 | | 0.30 |
| 7/29/2019 | CRG | | | 0.60 |
| 7/29/2019 | CRG | | | 0.30 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | conformed copies of Kubik /Kaldis Reply Memorandum of Points and Authorities in support of their Motion to Dismiss - organize into file and provide to handling attorney |  |
| 7/29/2019 | ELW | Pleadings - L210 | Receipt of conformed copies of Bromley Reply Memorandum of Points and Authorities in support of their Motion to Dismiss - organize into file and provide to handling attorney | 0.20 |





225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 05482
**Issue Date:** 8/4/2019

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

**Professional Services Rendered**





| 3/2_ | | Analysis/Strategy - L120 | | | |
| 3/26/2019 | MJS | Analysis/Strategy - L120 | | 0.30 | |
| 3/28/2019 | MJS | Analysis/Strategy - L120 | | 0.50 | |



| 3/28/2019 | MJS | Analysis/Strategy - L120 | | 0.20 | |
| 3/28/2019 | MJS | Analysis/Strategy - L120 | | 0.20 | |

| | | | | |
|---|---|---|---|---|
| 6/3/2019 | | Other Written Motions and Submissions - L250 | Other Written Motions and Submissions Drafted and revised the declarations for Bromley, Inc., John Kubik, and Veronica Kaldis | |
| 6/3/2019 | CRG | Other Written Motions and Submissions - L250 | Other Written Motions and Submissions Drafted and finalized Bromley, Inc's motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) | 2.10 |
| 6/3/2019 | CRG | Other Written Motions and Submissions - L250 | Other Written Motions and Submissions Drafted and finalized John Kubik and Veronica Kaldiz motion to dismiss under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) | 1.80 |
| 6/3/2019 | ELW | Written Motions and Submissions - L430 | Prepare with the serving and filing of Bromley's Motion to Dismiss and supporting documents that required upload to US District Court and mail service to one counsel | 0.30 |

| | | | | |
|---|---|---|---|---|
| | | and Submissions - L430 | serving and filing of Bromley's Motion to Dismiss J Kubik etc and supporting documents that required upload to US District Court and mail service to one counsel | |
| 6/3/2019 | ELW | Written Motions and Submissions - L430 | Prepare with the serving and filing of Bromley's Answer to CEC's First Amended Cross-Complaint and supporting documents that required upload to US District Court and mail service to one counsel | 0.20 |
| 6/3/2019 | CH | Pleadings - L210 | Revised and finalized Answer by Lolo, Inc., Bromley, Inc., John Kubik, and Veronica Kaldis to Defendant/Cross-Defendant's First Amended Cross-Complaint; Demand for Jury Trial as well as prepared for filing with the court and have a courtesy copy sent to the Judges chambers. | 0.50 |



| | | | finalized Notice of Motion and Motion to Dismiss Bromley, Inc., Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as well as prepared for filing with the court and have a courtesy copy sent to the Judges chambers. | |
| --- | --- | --- | --- | --- |
| 6/3/2019 | CH | Pleadings – L210 | Revised and finalized Notice of Motion and Motion to Dismiss John Kubik and Veronica Kaldis., Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) as well as prepared for filing with the court and have a courtesy copy sent to the Judges chambers. | 0.70 |





| | | | | | |
|---|---|---|---|---|---|
| 6/14/2019 | CRG | Dispositive Motions - L240 |  | 2.60 | |
| 6/14/2019 | CRG | Dispositive Motions - L240 | | 2.60 | |

| Date | | | | |
|------|------|------|------|------|
| | | Motions - L240 | | |
| 6/16/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and revised 12(b) motion to dismiss for John Kubik and Veronica Kaldiz | 5.30 |
| 6/17/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and finalized 12(b) motion to dismiss for John Kubik and Veronica Kaldiz | 2.10 |
| 6/18/2019 | CRG | Dispositive Motions - L240 | Dispositive Motions Drafted and finalized 12(b) motion to dismiss for Bromley | 3.70 |
| 6/18/2019 | CRG | Written Motions and Submissions - L430 | | 2.70 |
| 6/18/2019 | MJS | Analysis/Strategy - L120 | | 0.50 |



| | | | | |
|---|---|---|---|---|
| | | | finalized Reply Memorandum of Points and Authorities in Support of Cross-Defendants John Kubik and Veronica Kaldis' Motion to Dismiss Pursuant to Federal Rules of Civil procedure 12(b)(2) and 12(b)(6). | |
| 6/18/2019 | CH | Pleadings - L210 | Revised and finalized Reply Memorandum of Points and Authorities in Support of Cross-Defendants Bromley, Inc., Motion to Dismiss Pursuant to Federal Rules of Civil procedure 12(b)(2) and 12(b)(6). | 0.30 |





225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 05153
**Issue Date:** 7/22/2019

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

**Professional Services Rendered**









| Date | Initials | Task | Description | Hours |
|---|---|---|---|---|
| 5/27/2019 | CRG | Written Motions and Submissions - L430 | | 2.80 |
| 5/30/2019 | CRG | Written Motions and Submissions - L430 | | 2.20 |
| 5/30/2019 | CRG | Written Motions and Submissions - L430 | Drafted and revised Bromley 12(b) motion to dismiss | 6.20 |
| 5/31/2019 | CRG | Written Motions and Submissions - L430 | Drafted and revised Bromley 12(b) motion to dismiss | 5.60 |



| | | | | |
|---|---|---|---|---|
| 5/31/2019 | MJS | Analysis/Strategy - L120 | | 0.20 |





225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 04838
**Issue Date:** 5/22/2019

---

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

---

**Professional Services Rendered**

| Date | Staff | Code | Description | Hours | |
|------|-------|------|-------------|-------|---|
| 12/19/2018 | MJS | Analysis/Strategy - L120 | █████████ | 0.30 | █████████ |
| 12/20/2018 | MJS | Analysis/Strategy - L120 | █████████ | 0.10 | █████████ |
| 12/20/2018 | MJS | Analysis/Strategy - L120 | █████████ | 0.20 | █████████ |
| 12/20/2018 | MJS | Analysis/Strategy - L120 | █████████ | 0.50 | █████████ |

| Date | Initials | Task | Hours |
|---|---|---|---|
| 1/9/2019 | MJS | Analysis/Strategy - L120 | 0.70 |
| 1/16/2019 | MJS | Analysis/Strategy - L120 | 0.10 |
| 1/18/2019 | MJS | Analysis/Strategy - L120 | 0.50 |
| 1/18/2019 | MJS | Analysis/Strategy - L120 | 0.10 |
| 1/25/2019 | MJS | Analysis/Strategy - L120 | 0.10 |

| 1/31/2019 | MJS | Analysis/Strategy - L120 | | 0.10 | |





3/21/2019   CRG   Analysis/Strategy - L120   0.10

3/25/2019   MJS   Analysis/Strategy - L120                1.60



| 3/28/2019 | MJS | Analysis/Strategy - L120 | | 0.70 | |
| 3/28/2019 | CRG | Analysis/Strategy - L120 | | 0.40 | |



| Date | | | |
|---|---|---|---|
| 4/4/2019 | CRG | Analysis/Strategy - L120 | 0.50 |
| 4/5/2019 | MJS | Analysis/Strategy - L120 | 0.10 |



4/9/2019    CRG    Analysis/Strategy - L120    1.10

| Date | | | | | |
|---|---|---|---|---|---|
| 4/9/2019 | CRG | Analysis/Strategy - L120 | | 0.30 | |
| 4/10/2019 | CRG | Analysis/Strategy - L120 | | 2.40 | |
| 4/10/2019 | CRG | Analysis/Strategy - L120 | | 1.60 | |

| Date | | | | |
|---|---|---|---|---|
| 4/12/2019 | MJS | Analysis/Strategy - L120 | | 0.10 | |
| 4/15/2019 | CRG | Analysis/Strategy - L120 | | 0.60 | |
| 4/15/2019 | CRG | Analysis/Strategy - L120 | | 0.60 | |
| 4/17/2019 | MJS | Analysis/Strategy - L120 | | 0.10 | |



| 4/22/2019 | CRG | Written Motions and Submissions - L430 | 3.10 |
| 4/23/2019 | CRG | Written Motions and Submissions - L430 | 2.80 |



| 4/24/2019 | MJS | Analysis/Strategy - L120 | | 0.10 | |
| 4/24/2019 | MJS | Analysis/Strategy - L120 | | 0.50 | |
| 4/25/2019 | MJS | Analysis/Strategy - L120 | | 1.50 | |



| 4/30/2019 | CRG | Analysis/Strategy - L120 | | 1.20 | |
| 4/30/2019 | CRG | Research - A102 | | 3.60 | |



225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 03896
**Issue Date:** 2/18/2019

---

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

---

**Professional Services Rendered**



| Date | | Description | | Hours | |
|---|---|---|---|---|---|
| 1/10/2019 | MJS | Analysis/Strategy - L120 | | 0.20 | |
| 1/18/2019 | CRG | Analysis/Strategy - L120 | | 1.10 | |



| 1/23/2019 | CRG | Analysis/Strategy - L120 | | 2.10 |

| 1/25/2019 | CRG | Analysis/Strategy - L120 | | 0.20 |







225 Broadway
Suite 1550
San Diego CA 92101
(619) 595-6020
clients@strausmeyers.com
www.strausmeyers.com

Invoice submitted to:
**Bromley / Lolo Inc.**
422 Crossen Ave
Elk Grove Village, IL 60007

**Invoice #:** 05744
**Issue Date:** 8/16/2019

*In Reference To: Bromley / Lolo Inc. - Nolte v. CEC - 01404-01217*

**Professional Services Rendered**



| Date | | | | | |
|---|---|---|---|---|---|
| 8/1/2019 | ELW | Pleadings - L210 | Review current court docket effective 8-1-19 | 0.10 | |
| 8/5/2019 | MJS | Analysis/Strategy - L120 | | 0.70 | |
| 8/5/2019 | MJS | Analysis/Strategy - L120 | | 0.20 | |
| 8/5/2019 | CRG | Analysis/Strategy - L120 | | 0.40 | |

| Date | | | |
|---|---|---|---|
| 8/5/2019 | CRG | Analysis/Strategy - L120 | 0.40 |
| 8/5/2019 | CRG | Analysis/Strategy - L120 | 0.20 |
| 8/5/2019 | CRG | Analysis/Strategy - L120 | 1.20 |



| | | | |
|---|---|---|---|
| 8/12/2019 | CRG | | 2.60 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 8/13/2019 | CRG | ████ Motions - L350 | ████ | 2.30 | ████ | ████ |

████████████████████

| 8/14/2019 | MJS | Analysis/Strategy - L120 | ████ | 1.10 | ████ |
| 8/14/2019 | ELW | Pleadings - L210 | | 0.20 | |
| 8/14/2019 | CRG | Analysis/Strategy - L120 | | 2.10 | |

████████████████████

| Date | Initials | Task | Description | Hours |
|------|----------|------|-------------|-------|
| 8/15/2019 | CRG | ▮ Motions - L350 | Drafted and revised notice of motion and motion for attorneys fees | 6.20 |
| 8/15/2019 | MJS | Analysis/Strategy - L120 | | 0.70 |
| 8/16/2019 | CRG | Analysis/Strategy - L120 | | 0.80 |

