# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VALARIE NOLTE and RICHARD NOLTE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CEC ENTERTAINMENT INC., LOLO, INC., LAURAN BROMLEY, BROMLEY INC., and DOES 4 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 2:19-CV-02463 PA (JPRx)<br><br>**[PROPOSED] ORDER GRANTING CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00**<br><br>Date:　　September 16, 2019<br>Time:　　1:30 p.m.<br>Ctrm:　　9A |

-1-
**[PROPOSED] ORDER GRANTING CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00**

1 2 3 4   This matter coming before the Court on Cross-Defendants Bromley, Inc. John Kubik, and Veronica Kaldis, motion for attorney's fees pursuant to California Civil Code § 1717 against Cross-Claimant CEC Entertainment Inc., the Court makes the following order:

5   IT IS HEREBY ORDERED:

6 7 8   Cross-Defendant Motion to Dismiss is granted, and Bromley, Inc. John Kubik, and Veronica Kandis are awarded attorney's fees in the amount of $16,225.00.

11   DATED: _____          _____
12                              UNITED STATES DISTRICT JUDGE

4828-1971-0369, v. 2