# CERTIFICATE OF SERVICE

**Nolte v. CEC Entertainment Inc., et al.**
**Case No. 2:19-CV-02463-PA-JPR**

**UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 225 Broadway, Suite 1550, San Diego, CA 92101.

On August 16, 2019, I served true copies of the following document(s) described as **NOTICE OF MOTION AND CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00; DECLARATION OF MARVIN J. STRAUS; [PROPOSED] ORDER GRANTING CROSS-DEFENDANTS' MOTION FOR ATTORNEY'S FEES PURSUANT TO CALIFORNIA CIVIL CODE § 1717 AGAINST CROSS-CLAIMANT CEC ENTERTAINMENT INC. IN THE AMOUNT OF $16,225.00** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**X    BY MAIL:** (to Mauro Fiore, Jr. only) I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Straus Meyers LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Diego, California.

**X    BY ELECTRONIC SERVICE** – I caused the documents to be sent to the persons at the electronic service addresses listed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2019, at San Diego, California.

*/s/ Emily Waring*

1
**CERTIFICATE OF SERVICE**

**SERVICE LIST**
**Nolte v. CEC Entertainment Inc., et al.**
Case No.

| | |
|---|---|
| Mauro Fiore, Jr., Esq.<br>Gilbert Perez, Esq.<br>Law Offices of Mauro Fiore, Jr.<br>136 E Lemon Avenue<br>Monrovia, CA  91016<br>Tel:  626.593.9031<br>Email:  mfiore@fiorelegal.com<br>            gperez@fiorelegal.com | Attorneys for Plaintiffs<br>Valerie Nolte and Richard Nolte |
| Jeffery T. Brown, Esq.<br>Thompson Coburn LLP<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>jbrown@thompsoncoburn.com | Attorney for Defendant<br>Lauran Bromley |
| Martin T. Love, Esq.<br>Love and Associates<br>10880 Wilshire Blvd., Suite 1101<br>Los Angeles, CA  90024<br>Telephone: (213) 279-2400<br>Email:  mtl@loveandassociates.com | Attorney for Defendant<br>CEC Entertainment, Inc. |

4852-1819-7409, v. 2